IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFEWAY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIE INSURANCE EXCHANGE, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 1:14-cv-01233-BAH |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Safeway, Inc. (hereinafter "Safeway"), by and through its counsel Justin M. Cuniff and the law firm of Setliff and Holland, P.C., and hereby files this Notice of Dismissal Without Prejudice and, in support thereof, states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-entitled action may be dismissed by notice filed before the opposing party serves either an answer or a motion for summary judgment.

2. No motion for summary judgment or answer has been filed in this case.

3. Safeway hereby notices its dismissal of the above-entitled action without prejudice and with the right to re-file this claim in the Superior Court for the District of Columbia.

Respectfully submitted,

SETLIFF & HOLLAND, P.C.

_____/s/_____
Justin M. Cuniff (No.499196)
SETLIFF & HOLLAND, P.C.
One Park Place, Suite 265
Annapolis, Maryland 21401-3539
Telephone: (443) 837-6805
Facsimile: (443) 837-6806
jcuniff@setliffholland.com

*Counsel for Plaintiff Safeway, Inc.*